[No. 12833-7-I.  Division One.  July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
MICHAEL SECORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-8-03264-8, Robert W. Winsor, J., entered
October 27, 1982. *Reversed* by unpublished opinion per
Ringold, J., concurred in by Corbett, A.C.J., and Williams,
J.

[No. 13001-3-I.  Division One.  July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
LEE RANDOLPH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03518-8, Lee Kraft, J., entered March
23, 1983. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson and Scholfield, JJ.

[No. 13042-1-I.  Division One.  July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 82-1-00391-6, Jack S. Kurtz, J., entered
March 17, 1983. *Reversed* and *remanded* by unpublished
opinion per Scholfield, J., concurred in by Corbett, A.C.J.,
and Williams, J.